IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **NOMRA LLANAS** § § | |
| **Plaintiff** § § | |
| v. § | **CIVIL ACTION NO.** 4:15-cv-02247 |
| § | |
| **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-WL3 ASSET-BACKED CERTIFICATES, SERIES 2006-WL3** § § § § § § § § | |
| **Defendant** § | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Deutsche Bank National Trust Company, as Trustee, in Trust for the Registered Holders of Long Beach Mortgage Loan Trust 2006-WL3, Asset-Backed Certificates, Series 2006-WL3 ("Defendant") files its Corporate Disclosure Statement and Certificate of Interested Parties.

Defendant is a wholly owned subsidiary of Deutsche Bank, AG, a corporation organized under the laws of the Federal Republic of Germany. No public company owns more than ten (10) percent of the ownership interests of Deutsche Bank, AG, the parent company.

The following entities and/or persons are financially interested in the outcome of this case:

1. Defendant; and

2. Norma Llanas.

526164.1
014167.1345

Respectfully submitted,

By: /s/ Nathan T. Anderson
**NATHAN T. ANDERSON**
State Bar No. 24050012
nanderson@mcglinchey.com
**R. DWAYNE DANNER**
State Bar No. 00792443
ddanner@mcglinchey.com
McGlinchey Stafford, PLLC
2711 North Haskell Ave.
Suite 2750, LB 38
Dallas, Texas  75204
Telephone: (214) 445-2445
Facsimile: (214) 445-2450

***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

I certify that a correct copy of the foregoing was filed with the Clerk of the Court via the CM/ECF filing system on August 5, 2015, who will forward a copy of same to the following registered CM/ECF user:

Arturo R. Eureste
DOVALINA & EURESTE, LLP
122 Tuam Street, Suite 100
Houston, Texas 77006
Email: art@eurestelaw.com

*Attorney for Plaintiff*

/s/ Nathan T. Anderson
Nathan T. Anderson

526164.1
014167.1345